**AARON & PATERNOSTER, LTD**
Matthew E. Aaron, Esq.
Nevada Bar NO. 4900
2300 W. SAHARA AVE
BOX 30 Blvd, Ste 650
Las Vegas, NV 89102                         E-Filed   12/28/09
(702) 384-4111
Attorney for Debtor(s)

## UNITED STATE BANKRUPTCY COURT
## CLARK COUNTY, NEVADA

In the Matter of:                    )
                                     )    **BK-S**: 09-28345-BAM
                                     )
JORGE HERRERA &                      )    **Chapter 7**
VERONICA HERRERA                     )
                                     )
_____       )

TO: ALL PARTIES IN INTEREST

    **NOTICE IS HEREBY GIVEN** that the above mentioned debtor(s), has submitted a change
of address as follows:

5669 Diamond Palm Ct.
Las Vegas, NV 89122

**Dated** the __28__ day of **December 2009**

Respectfully Submitted by:

/S/MATTHEW E. AARON
MATTHEW E. AARON, ESQ.
Attorney(s)for Debtor(s)